UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

CALIXTO RIVERA ET ALS.
    Plaintiff(s)

v.

CIVIL NO.  98-2069 (JAG)
                01-1251 (JAG)

AMERICAN HOME PRODUCTS CORP. ET ALS..
    Defendant(s)

| MOTION | SEALED ORDER |
|---|---|
| **Date Filed:** 3/31/2003<br>**Title:** Joint Stipulation for Voluntary Dismissal with prejudice<br>**Docket(s):** 165<br><br>x Plaintiffs<br>x Third Party<br>☐ Defendant(s)<br>☐ Other | GRANTED. The parties shall file a confidential settlement agreement under seal within the next seven (7) days. |

Date: March 31, 2003

JAY A. GARCIA-GREGORY
U.S. District Judge


