UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

CALIXTO RIVERA ET ALS.
    **Plaintiff(s)**

    v.                       CIVIL NO.  98-2069 (JAG)
                                                         01-1251 (JAG)

AMERICAN HOME PRODUCTS CORP. ET ALS..
    **Defendant(s)**

---

**JUDGMENT**

Pursuant to the parties' motion for voluntary dismissal (Docket No.165) and the order of this same date, the Court hereby enters judgment dismissing all plaintiffs' claims with prejudice. This judgment shall be subject to the confidential settlement agreement to be filed by the parties within the next seven (7) days.

The above-captioned cases are now closed for statistical purposes.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 31st day of March, 2003.



JAY A. GARCIA-GREGORY
United States District Judge

1